A89A2028. WILEY v. TANNER.
(388 SE2d 70)

DEEN, Presiding Judge.

This appeal is from a judgment of the Clarke County Superior Court affirming the decision of the Board of Review of the Department of Labor upholding an Administrative Law-Judge's finding that

appellant was not qualified to receive unemployment compensation benefits pursuant to OCGA § 34-8-158 (2) (A).

Under OCGA § 5-6-35, appeals from the judgment of a superior court after review of the decision of a state agency must be filed as discretionary appeals. An appeal from such a judgment, which is not filed in accordance with the procedure prescribed in OCGA § 5-6-35, falls outside the jurisdiction of the Court of Appeals; such an appeal must therefore be dismissed. *DePass v. Bd. of Review*, 172 Ga. App. 561 (324 SE2d 505) (1984); *Cook v. Caldwell*, 166 Ga. App. 452 (305 SE2d 187) (1983).

*Appeal dismissed. Birdsong and Benham, JJ., concur.*

DECIDED NOVEMBER 9, 1989.

*Willie J. Woodruff, Jr.*, for appellant.

*Michael J. Bowers, Attorney General, Harrison W. Kohler, Deputy Attorney General, Wayne P. Yancey, Senior Assistant Attorney General, Jeffrey L. Milsteen, Assistant Attorney General, Frances G. Lavender*, for appellee.